IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DEONDRAY RAYMOND MASON, TDCJ-CID No. 02198087, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 2:20-CV-236-Z-BR |
| DUSTIN ANDERSON, *et al.*, | | |
| Defendants. | | |

## ORDER DENYING MOTIONS FOR LEAVE TO AMEND COMPLAINT

Before the Court are plaintiff's Motions for Leave to Amend his Complaint. (ECF 7, 8). The Court notes that plaintiff has not attached a proposed amended complaint to either of his motions to amend. (*See id.*)

Local Rule 15.1(a) of the Local Rules of Court for the United States District Court for the Northern District of Texas requires that a copy of the proposed amended or supplemental complaint be attached to a motion for leave to amend or supplement, and the plaintiff must utilize the proper complaint form. The failure to submit a copy of a proposed amended complaint is sufficient to support a denial of the motion.

For the reasons set forth above, plaintiff's motions are DENIED FOR FAILURE TO ATTACH A COPY OF THE PROPOSED AMENDED COMPLAINT.

This Order terminates docket entry numbers 7 and 8.

IT IS SO ORDERED.

ENTERED on May 26, 2021.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE